IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P. and NESTLÉ SKIN HEALTH S.A.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS PVT. LTD.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-440 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiffs Galderma Laboratories, L.P. and Galderma Skin Health S.A. ("Plaintiffs"), on the one hand, and Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals Pvt. Ltd. ("Amneal," and collectively with Plaintiffs, the "Parties"), on the other hand, hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

SO STIPULATED, this 20th day of August, 2020.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Anne Shea Gaza* |

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Anne Shea Gaza (#4093) |
| Jeremy A. Tigan (#5239) | Samantha G. Wilson (#5816) |
| 1201 North Market Street | 1000 North King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 571-6600 |
| (302) 658-9200 | agaza@ycst.com |
| jblumenfeld@mnat.com | swilson@ycst.com |
| jtigan@mnat.com | |

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

OF COUNSEL:

Gerald J. Flattmann, Jr.
Evan D. Diamond
Vanessa Y. Yen
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

OF COUNSEL:

George C. Lombardi
Maureen L. Rurka
Kevin Warner
Karalena M. Guerrieri
Elizabeth E. Grden
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Eimeric Reig-Plessis
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
(415) 591-1000
ereigplessis@winston.com

SO ORDERED this ___ day of _____, 2020.

_____
Chief, United States District Judge